DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROSA MARIA GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00377 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | |
| ROSA MARIA GONZALES, | Date:   August 24, 2007 |
| Defendant. | Time:  9:00 A.M. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the status conference hearing in the above captioned matter now

scheduled for July 13, 2007, **may be continued to August 24, 2007 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense

consideration of the government's revised plea offer sent on July 2, 2007, and for availability of counsel

for the government.  The requested continuance will conserve time and resources for both counsel and the

court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: July 11, 2007                    By   /s/ Stanley A. Boone
                                             STANLEY A. BOONE
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


                                             DANIEL J. BRODERICK
                                             Federal Defender

DATED: July 11, 2007                    By   /s/ Carrie S. Leonetti
                                             CARRIE S. LEONETTI
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             ROSA MARIA GONZALES

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).  The Court finds good cause for both the continuance and the exclusion of time. The matter is continued to the date of August 24, 2007 at 9 a.m.

IT IS SO ORDERED.

**Dated:    July 12, 2007**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE